# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SA 13-860 JVS(JC) | Date | September 30, 2013 |
|---|---|---|---|
| Title | Ghassan Ibrahim v. Carolyn W. Colvin | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| none present | none present |

**Proceedings:**     (IN CHAMBERS)

### ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

On June 13, 2013, this Court issued a Case Management Order which directed plaintiff, who is proceeding *pro se*, to file a motion for summary judgment or remand within thirty (30) days of service of defendant's Answer.  (The Clerk is directed to attach a copy of the Case Management Order to this Order).  On August 16, 2013, defendant filed and served plaintiff by mail with defendant's Answer.  Accordingly, plaintiff's motion for summary judgment or remand was due on September 18, 2013.

To date, plaintiff has failed to file a motion for summary judgment or remand as required by the Case Management Order.  Nor has plaintiff filed a request for an extension of time to file such motion.

The Court, on its own motion, hereby orders plaintiff to show cause in writing no later than **October 15, 2013**, why this action should not be dismissed for lack of prosecution and/or based upon plaintiff's failure to comply with the Case Management Order.  If plaintiff wishes to proceed with this action, plaintiff must also file by no later than October 15, 2013, a motion for summary judgment or remand or a request for an extension of time to do so which is supported by good cause.

**Plaintiff is cautioned that failure to comply with this order and to file the above-referenced documents by October 15, 2013, may result in the dismissal of this action based on plaintiff's failure to comply with the court's order and/or failure to prosecute this action.**

IT IS SO ORDERED.

Attachment