1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GHASSAN IBRAHIM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. EDCV 13-860 JVS (JC)<br><br>JUDGMENT |
|---|---|

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

　　DATED: January 31, 2014

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE